# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOHNSE D. GILL　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #651129

VS.　　　　　　　　　　　1:19-CV-00063-BRW

DOES　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of September, 2019.


　　　　　　　　　　　　　　　　　Billy Roy Wilson　　　　　　　　　
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE